FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES LATSCHA,<br><br>    Petitioner,<br><br>v.<br><br>J. F. SALAZAR,<br><br>    Respondent. | Case No. EDCV 08-01719 R (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

    1.    The court finds the Objections fail to raise any points or authorities that show any of the findings and conclusions in the R&R are erroneous. Accordingly, the Objections are overruled and R&R is approved and adopted.

    2.    Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

    3.    Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 30, 2010

                                          MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE