ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                          EASTERN DIVISION
11
12  JAMES LATSCHA,                    )  Case No.  EDCV 08-01719 R (AN)
                                      )
13              Petitioner,           )
                                      )
14        v.                          )  JUDGMENT
                                      )
15  J. F. SALAZAR,                    )
                                      )
16              Respondent.           )
                                      )
17  ──────────────────────────────────)
18
19        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.
20
21
22  Dated: August 30, 2010            _____
23                                          MANUEL L. REAL
                                      UNITED STATES DISTRICT JUDGE
24
25
26                      ENTERED - SOUTHERN DIVISION
                        CLERK, U.S. DISTRICT COURT
27
                              AUG 3 1 2010
28
                        CENTRAL DISTRICT OF CALIFORNIA
                        BY _____ DEPUTY